**ORIGINAL**

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

JESUS VALENCIA,

Plaintiff,

vs.

ANTHONY HEDGPETH,

Defendant.

CV 08 1144

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, **Jesus Valencia**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _last Job was landscaping_
5  _7-14-04    50. per week_
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or              Yes ☐ No ☒
10              self employment
11       b.    Income from stocks, bonds,           Yes ☐ No ☒
12              or royalties?
13       c.    Rent payments?                       Yes ☐ No ☒
14       d.    Pensions, annuities, or              Yes ☐ No ☒
15              life insurance payments?
16       e.    Federal or State welfare payments,   Yes ☐ No ☒
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                          Yes ☐ No ☒
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____    Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

-2-

1     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

5   _none_

6   _____

7   5.  Do you own or are you buying a home?  Yes ☐  No ☒

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.  Do you own an automobile?  Yes ☐  No ☒

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ☐  No ☐  If so, Total due: $_____

12   Monthly Payment: $_____

13   7.  Do you have a bank account? Yes ☐  No ☒ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

16   Present balance(s): $_____

17   Do you own any cash? Yes ☒  No ☐  Amount: $ _104,60_

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ☐  No ☒

21   8.  What are your monthly expenses?  _none_

22   Rent: $_____ Utilities: _____

23   Food: $_____ Clothing: _____

24   Charge Accounts: _none_

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

- 3 -

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

restitution

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ☐  No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-15-08
DATE

Jesus Valencia
SIGNATURE OF APPLICANT

Case Number: _____

- 4 -

_Jesus Valencia_
Petitioner

K___ Valley State P____
Facility C, Building 5

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

_____
Respondent(s)

I, __JESOS VALENCIO__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __landscaping  7-14-04  2000 per month__

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
    d. Gifts or inheritances?  ☐ Yes  ☒ No
    e. Any other sources?  ☒ Yes  ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __from family I recived 50 per month. in the last 12 month I have recived the amount of 400 total__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☒ Yes  ☐ No
   If the answer is yes, state the total value of the items owned: __192__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _none_

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __1-13-08__         __Jesus Valencia__
            Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __104.60__ on account to his credit at the __Kern Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/a__

__2/7/08__                      __V. Scruggs, Acct Tech__
    Date                        Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/07/08
                                                           PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 07, 2008

ACCOUNT NUMBER : V94440              BED/CELL NUMBER: FCB500000000132L
ACCOUNT NAME   : VALENCIA, JESUS        ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  --------------- ---------- ---------  ---------- ------------  ---------

07/01/2007  BEGINNING BALANCE                                                 0.00

12/05 D320  TRUST FUNDS T   0842/DVI              244.85                    244.85
12/06 FC03  DRAW-FAC 3      0865/FC1D                             48.45     196.40
12/14 W516  LEGAL COPY CH   0940/LCOPY                             1.80     194.60
      ACTIVITY FOR 2008
01/09 FC03  DRAW-FAC 3      1037/FC2D                             90.00     104.60

                             TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL        TOTAL         CURRENT       HOLDS       TRANSACTIONS
    BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
   ---------  ----------  ------------   ------------  ----------   --------------
      0.00      244.85      140.25         104.60        0.00            0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                      -----------
                                                         104.60
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY _____
TRUST OFFICE