ORIGINAL

Jesus Valencia
V-94440
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

In Pro Per



FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESUS VALENCIA, | No. CV 08 1144 MHP (PR) |
|---|---|
| Petitioner, | MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. SECTION 3006(a)(2)(B) |
| v. | |
| ANTHONY HEDGPETH, | |
| RESPONDENT. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 18 U.S.C. section 3006(a)(2)(B), petitioner respectfully applies for the appointment of counsel. This application is supported by the attached declaration of Jesus Valencia and the financial form which has been submitted with my petition for writ of habeas corpus..

Dated: December __, 2007

Respectfully submitted,

*Jesus Valencia*
JESUS VALENCIA
Petitioner in pro per

-1-

## DECLARATION OF JESUS VALENCIA

I am the petitioner in *Valencia v. Hedgpeth*. I am a layperson and am completely unschooled in the law. In my opinion, there are meritorious grounds stated in my petition. However, due to my lack of knowledge of legal principles, I am unable to skillfully present my case. I also have limited facility in the English language. I have had assistance in preparing this motion. Thus, I am in need of legal counsel. In addition, I would note that it is likely that an evidentiary hearing will be necessary in this case since the state court did not hold one.

I have communicated with attorney Dallas Sacher who represented me on my state appeal. Mr. Sacher is willing to accept a court appointment in federal court. Mr. Sacher's address is: 100 N. Winchester Blvd., Suite 310, Santa Clara, CA 95050.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of December, 2007, at Kern, California.

*Jesus Valencia*
JESUS VALENCIA

-2-