COPY

1  Jesus Valencia                                        FILED
   V-94440
2  Kern Valley State Prison                          08 JUL 18 PM 4: 41
   P.O. Box 5103
3  Delano, CA 93216                                    RICHARD W. WIEKING
                                                       CLERK, U.S. DISTRICT COURT
4  In Pro Per                                          NORTHERN DISTRICT OF CALIFORNIA

5
                    IN THE UNITED STATES DISTRICT COURT
6
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8
   **JESUS VALENCIA,**                         No. C08-1144  MHP
9           Petitioner,
                                                NOTICE   PURSUANT   TO
10                                              CIVIL LOCAL RULE 7-13
        v.
11

12  **ANTHONY HEDGPETH,**
            Respondent.
13

14
        TO THE HONORABLE MARILYN HALL PATEL:
15
        Please take notice that the petition for writ of habeas corpus was filed on February 27,
16
    2008. Thus, the petition has been pending without a ruling for a period in excess of 120 days.
17
    See also Rules Governing Section 2254 Cases in the United States District Courts, rule 4
18
    (judge is required to "promptly examine" the petition).
19

20  Dated: July 14 , 2008              Respectfully submitted,

21
                                       Jesus Valencia
22                                     JESUS VALENCIA
                                       In Pro Per
23

24

25

26

27

28
   _____
        NOTICE PURSUANT TO CIVIL LOCAL RULE 7-13-C08-1144MHP
                                                                    -1-

1    **PROOF OF SERVICE**

2    I declare that I am over the age of 18, not a party to this action and my address is Kern Valley
     State Prison, P.O. Box 5103, Delano, CA 93216. On the date shown below, I served the
3    within *NOTICE PURSUANT TO CIVIL COURT RULE 7-13* to the following parties
     hereinafter named by:

4
     _X_    Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully
5           prepaid, in the United States mail at Delano, California, addressed as follows:

6    Office of the Attorney General
     455 Golden Gate Avenue
7    Suite 11,000
     San Francisco, CA 94102-7004

8
     I declare under penalty of perjury the foregoing is true and correct. Executed this 14TH day
9    of July, 2008, at Delano, California.

10                      Dilbert Darcia #d-93608

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE PURSUANT TO CIVIL LOCAL RULE 7-13-C08-1144MHP

-2-

Valencia V-94440
Kern Valley State prison
P O Box 5103
Delano Cal 93216

BAKERSFIELD CA 933
MOJAVE CA
16 JUL 2008 PM 3 L



United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

94102+3483

Kern Valley State Prison
Facility C, Building 6