SIXTH DISTRICT APPELLATE PROGRAM

DALLAS SACHER
Assistant Director
State Bar #100175
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171

Attorneys for Petitioner,
Jesus Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS VALENCIA,**<br><br>    Petitioner,<br>v.<br><br>**ANTHONY HEDGPETH,**<br><br>    Respondent. | No. C08-1144MHP<br><br>PETITIONER'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS |

TO THE HONORABLE MARILYN PATEL:

Petitioner renews his motion to proceed in forma pauperis. The motion is supported by the attached declaration of counsel.

Dated: August 6, 2008

Respectfully submitted,

_/s/ Dallas Sacher_
DALLAS SACHER
Attorney for Petitioner,
Jesus Valencia

PETITIONER'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS-
No. C08-1144MHP

## Declaration of Dallas Sacher

On February 26, 2008, petitioner filed his petition for writ of habeas and an application to proceed in forma pauperis. Petitioner did not submit a filing fee.

On July 18, 2008, this court issued an order to show cause. The court denied the in forma pauperis application on the grounds that it was "unnecessary because he paid the filing fee." (Order to Show Cause, p. 3.) For the following reasons, petitioner should be granted leave to proceed in forma pauperis.

The granting of in forma pauperis status would entitle petitioner to an important right. In the event that an adverse judgment were entered in this court, appellant would be able to appeal without paying the substantial fee which is required to initiate an appeal. Insofar as petitioner does not possess the necessary funds to pay the filing fee, it is critical that he be granted in forma pauperis status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of August 2008 at Santa Clara, California.

_____
DALLAS SACHER

PETITIONER'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS-
No. C08-1144MHP

**PROOF OF SERVICE**

I declare that I am over the age of 18, not a party to this action and my business address is 100 N. Winchester Blvd., Suite 310, Santa Clara, California 95050. On the date shown below, I served the within ***PETITIONER'S RENAMED MOTION TO PROCEED IN FORMA PAUPERIS*** to the following parties hereinafter named by:

__X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

David Baskind, Esq.
Attorney General's Office
455 Golden Gate Avenue
Suite 11,000
San Francisco, CA 94102-7004

Jesus Valencia
V-94440
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

I declare under penalty of perjury the foregoing is true and correct. Executed this 6th day of August, 2008, at Santa Clara, California.

_____
Priscilla A. O'Harra

PETITIONER'S RENEWED MOTION TO PROCEED IN FORMA PAUPERIS-
No. C08-1144MHP