SIXTH DISTRICT APPELLATE PROGRAM

DALLAS SACHER
Assistant Director
State Bar #100175
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171

Attorneys for Petitioner,
Jesus Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALENCIA,<br><br>　　　　Petitioner,<br>　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　Respondent. | No. C08-1144MHP<br><br>PETITIONER'S APPEARANCE OF COUNSEL |

TO THE HONORABLE MARILYN PATEL:

PLEASE TAKE NOTICE that attorney Dallas Sacher is entering his appearance as counsel of record for petitioner who has previously been proceeding in pro se.

Dated: August  6 , 2008　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Dallas Sacher
　　　　　　　　　　　　　　　　　　　DALLAS SACHER
　　　　　　　　　　　　　　　　　　　Attorney for Petitioner,
　　　　　　　　　　　　　　　　　　　Jesus Valencia

PETITIONER'S APPEARANCE OF COUNSEL-No. C08-1144MHP

**PROOF OF SERVICE**

I declare that I am over the age of 18, not a party to this action and my business address is 100 N. Winchester Blvd., Suite 310, Santa Clara, California 95050. On the date shown below, I served the within ***PETITIONER'S APPEARANCE OF COUNSEL*** to the following parties hereinafter named by:

  X    Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

David Baskind, Esq.
Attorney General's Office
455 Golden Gate Avenue
Suite 11,000
San Francisco, CA 94102-7004

Jesus Valencia
V-94440
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

I declare under penalty of perjury the foregoing is true and correct. Executed this 6th day of August, 2008, at Santa Clara, California.

Priscilla A. O'Harra

PETITIONER'S APPEARANCE OF COUNSEL-No. C08-1144MHP