1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JESUS VALENCIA,                         No. C08-1144MHP
                                             DEFERRING
11          Petitioner,                      ORDER ~~GRANTING~~ PETITIONER'S
                                             MOTION FOR ORAL ARGUMENT
12      v.
13   ANTHONY HEDGPETH, WARDEN,
14          Respondent.
15
16      IT IS HEREBY ORDERED that petitioner's motion for oral argument is ~~granted. Oral~~ deferred. The court will notify the parties when it has determined whether oral argument is necessary. ~~argument will be heard on _____ at _____.~~
17
18   Dated: 12/22/2008

         MARILYN HALL PATEL
         United States District Judge

         IT IS SO ORDERED
         Judge Marilyn H. Patel