UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS VALENCIA,

        Petitioner,

  vs.

ANTHONY HEDGPETH, Warden

        Respondent.
                                                  /

No. C-08-01144 MHP

**JUDGMENT**

    IT IS HEREBY ORDERED AND AJUDGED that pursuant to the court's Memorandum and Order denying the petition for writ of habeas corpus, judgment is hereby entered in favor of Respondent ANTHONY HEDGPETH and against Petitioner JESUS VALENCIA in the above-entitled action.

Date: August 24, 2010

                                         MARILYN HALL PATEL
                                         United States District Court Judge
                                         Northern District of California